IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TOMAS MALDONADO-RODRIGUEZ, and his wife MYRNA I. LOPEZ-COLLAZO, both individually and as representatives of the conjugal partnership of which they are part

Plaintiffs

vs

COOPERATIVA DE AHORRO Y CREDITO NUESTRA SEÑORA DE VALVANERA,
SUPERVISION COMMITTEE, as a whole and each of its members individually,
LORNA ROLON and her husband FULANO DE TAL and the conjugal partnership comprised by them;
LUIS ELIAS FERNANDEZ,
AIDA MARTINEZ, and her husband SUTANO DE TAL and the conjugal partnership comprised by them;
BOARD OF DIRECTORS, as a whole and each of its members individually;
PEDRO C. ORTIZ,
MIGUEL MARTINEZ and his wife FULANITA DE TAL and the conjugal partnership comprised by them;
LUIS R. VAZQUEZ and his wife SUTANA DE TAL and the conjugal partnership comprised by them;
JOSE L. ORTIZ and his wife MENGANA DE TAL and the conjugal partnership comprised by them;
LUIS A. FIGUEROA and his wife FULANA DE TAL and the conjugal partnership comprised by them;
HERNAN TORRES-GONZALEZ and his wife MENGANITA DE TAL and the conjugal partnership comprised by them;
JOSE LUIS GIERBOLINI and his wife FULANA DE TAL and the conjugal partnership comprised by them;
CARMEN B. ESPADA nd her husband SUTANITO MAS CUAL and the conjugal partnership comprised by them;
FELICIANO SANTIAGO and his wife SUTANA DE TAL and the conjugal partnership comprised by them
INSURANCE COMPANIES A AND B
JOHN DOE, JANE DOE,
MIGUEL PEREIRA, in his official capacity as Chief of the Police Department of the Commonwealth of Puerto Rico and his wife MENGANA DE TAL, both individually and a s members of the conjugal partnership of which they are part,
POLICE OFFICERS FULANO MENDOZA, plate #4133, VIRGILIO SOTO, plate #16765 and MENGANO GRAULAU, plate #3673, POLICE OFFICERS A, B, AND C

Defendants

CIVIL 02-2723CCC

CIVIL 02-2723CCC                                              2


# ORDER OF EXECUTION

The court has before it defendants' Motion for Writ of Execution filed May 12th, 2005 (**docket entry 112**) for the execution of the taxation of costs in the amount of $4,710.30 in their favor entered by this Court on April 6th, 2005 (**docket entry 111**). Defendant's motion that plaintiffs failed to pay defendants the sum of money adjudged to be paid under said judgment.  The motion remains unopposed.

More than ten days have elapsed since the entry of the taxation and plaintiffs have failed to pay the money due.

It is therefore ORDERED that the United States Marshal, proceed forthwith and garnish plaintiff's wages and/or sell at public auction to the highest bidder, plaintiff's private property up to the taxed amount, $4,710.30.  Said sale shall be performed in the manner and form herein further provided:

(a)     Said public sale shall be had at the office of the Clerk of Court, or the United States Marshal for this District.

(b)     Notices of sale shall be published by the United States Marshal once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico.

(c)     The United States Marshal at the sale shall not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the property be sold and adjudicated to the Defendants, in which case the amount of the bid made by Defendants shall be credited and deducted from its mortgage credit; the Defendant bound to pay in cash or certified check only any excess of its bid over the secured indebtedness then remaining unsatisfied.

CIVIL 02-2723CCC                              3

    (d)    The United States Marshal, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time without further publication.

    (e)    Upon the confirmation of the sale by this Court, the United States Marshal or Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

SO ORDERED.

At San Juan, Puerto Rico, on July 12, 2005.

                                              S/CARMEN CONSUELO CEREZO
                                              United States District Judge